**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

STEVEN ALAN LEVIN,
          *Plaintiff-Appellant*,

v.

UNITED STATES OF AMERICA; FRANK M. BISHOP, LCDR, MC, USNR 3855,
          *Defendants-Appellees*,

and

ROBERT WRESCH,
          *Movant-Appellee*.

No. 09-16362

D.C. No. 1:05-cv-00008 District of Guam, Agana

ORDER

On Remand from the United States Supreme Court

Filed May 23, 2013

Before: Diarmuid F. O'Scannlain, Richard C. Tallman, and Milan D. Smith, Jr., Circuit Judges.

## ORDER

The original decision entered by this court in this matter, reported at 663 F.3d 1059 (9th Cir. 2011), was reversed by the Supreme Court of the United States. *See Levin v. United States*, 133 S. Ct. 1224 (2013). We, in turn, reverse and remand to the district court for further proceedings on Levin's battery claim, consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**